UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-20481-KMM

SHAKUUR MOORE,

                Plaintiff,

v.

MANDARICH LAW GROUP LLP, et al.

                Defendant.        /

## FINAL JUDGMENT

THIS CAUSE came before the Court upon the Court's February 7, 2023 Order granting Defendants Mandarich Law Group, LLP and PYOD, LLC's (collectively, "Defendants") Motion for Final Summary Judgment. (ECF No. 81). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED AND ADJUDGED that Final Judgment is ENTERED in favor of Defendants, and against Plaintiff Shakuur Moore.

The Clerk of Court is instructed to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of February, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record